# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**WILLIAM R. PRAILEAU**,
    Plaintiff,
vs.                                      CASE NUMBER: 1:12-cv-1261

**BRIAN FISCHER**, Commissioner,
NY DOCCS; **MICHAEL KETTERER**,
Parole Officer, Division of Parole;
**AMY E. BUROCK**, Assistant D.A.,
Schenectady County; **POLLY HOYE**,
Schenectady County Court Judge;
**KAREN DRAGO**, Schenectady County
Court Judge; **NEW YORK STATE**; and
**SCHENECTADY COUNTY**,
    Defendant(s).

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That Magistrate Judge Treece's Report-Recommendation (Dkt. No. 3) is accepted and adopted, and the plaintiff's amended complaint (Dkt. No. 6) is sua sponte DISMISSED in its entirety pursuant to 28 U.S.C. § 1915(E)(2)(B), Fed. R. Civ. P. 12(h)(3), Fed. R. Civ. P. 12(b)(6), and Fed. R. Civ. P. 12(b)(1);

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, United States District Judge, dated the 7th day of March, 2013.

DATED: March 8, 2013

*[signature]*
Clerk of Court

s/C. Mergenthaler
_____
Deputy Clerk

entered and
served 3/8/13 - cm